# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
### BUFFALO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| 1110 MILITARY ROAD LLC | § | Case No. 15-11503 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mark J. Schlant, Ch 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 10,200.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 1,310,851.80 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 735,103.13 | |

3) Total gross receipts of $2,045,954.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,045,954.93 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $932,000.00 | $1,264,324.00 | $1,264,324.00 | $1,264,324.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 735,103.13 | 735,103.13 | 735,103.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 400.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 8.72 | 8.72 | 8.72 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,246,372.00 | 1,415,896.34 | 1,415,896.34 | 46,519.08 |
| **TOTAL DISBURSEMENTS** | $3,178,372.00 | $3,415,732.19 | $3,415,332.19 | $2,045,954.93 |

4)  This case was originally filed under chapter  on 07/16/2015, and it was converted to chapter 7 on 09/12/2018.  The case was pending for 29 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2021                    By:/s/Mark J. Schlant, Ch 7 Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1110 Military Road, Tonawanda, NY | 1110-000 | 1,825,000.00 |
| Rent | 1122-000 | 181,558.31 |
| DIP Account | 1129-000 | 30,410.04 |
| National Fuel credit balance | 1221-000 | 8,460.86 |
| National Grid credit balance | 1229-000 | 525.72 |
| TOTAL GROSS RECEIPTS | | $2,045,954.93 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | County of Erie | | 82,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | David Gold | | 850,000.00 | NA | NA | 0.00 |
| | David Gold | 4110-000 | NA | 30,000.00 | 30,000.00 | 30,000.00 |
| | GOLD, DAVID | 4110-000 | NA | 15,000.00 | 15,000.00 | 15,000.00 |
| | JEMF Buffalo Industrial LLC | 4110-000 | NA | 1,219,324.00 | 1,219,324.00 | 1,219,324.00 |
| **TOTAL SECURED CLAIMS** | | | $932,000.00 | $1,264,324.00 | $1,264,324.00 | $1,264,324.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARK J. SCHLANT | 2100-000 | NA | 42,314.00 | 42,314.00 | 42,314.00 |
| Ltd. International Sureties | 2300-000 | NA | 182.26 | 182.26 | 182.26 |
| Advanced Fire and Electronic Systems NY | 2420-000 | NA | 206.63 | 206.63 | 206.63 |
| Bison Iron & Step, Inc. | 2420-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| Buffalo Iron & Step Inc. | 2420-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| DEVORE, RAY | 2420-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| JEMF Buffalo Industrial LLC | 2420-000 | NA | 200,000.00 | 200,000.00 | 200,000.00 |
| NATIONAL GRID | 2420-000 | NA | 2,587.31 | 2,587.31 | 2,587.31 |
| Ray DeVore | 2420-000 | NA | 25,267.00 | 25,267.00 | 25,267.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| REGIONAL LOGISTICS GROUP | 2420-000 | NA | 2,562.00 | 2,562.00 | 2,562.00 |
| SONITROL SECURITY SYSTEMS | 2420-000 | NA | 1,030.70 | 1,030.70 | 1,030.70 |
| Superior Payment Plan LLC | 2420-000 | NA | 10,864.62 | 10,864.62 | 10,864.62 |
| Superior Payment Plan, LLC | 2420-000 | NA | 4,302.82 | 4,302.82 | 4,302.82 |
| TIME WARNER CABLE | 2420-000 | NA | 169.98 | 169.98 | 169.98 |
| TOWN OF TONAWANDA | 2420-000 | NA | 218.30 | 218.30 | 218.30 |
| JEMF Buffalo Industrial LLC | 2500-000 | NA | 28,533.36 | 28,533.36 | 28,533.36 |
| Nussbaumer & Clarke, Inc. | 2500-000 | NA | 1,800.00 | 1,800.00 | 1,800.00 |
| CABLE, TIME WARNER | 2690-000 | NA | 169.98 | 169.98 | 169.98 |
| FUEL, NATIONAL | 2690-000 | NA | 5,062.96 | 5,062.96 | 5,062.96 |
| GRID, NATIONAL | 2690-000 | NA | 55.71 | 55.71 | 55.71 |
| National Fuel | 2690-000 | NA | 3,602.59 | 3,602.59 | 3,602.59 |
| National Fuel Gas | 2690-000 | NA | 1,553.85 | 1,553.85 | 1,553.85 |
| National Grid | 2690-000 | NA | 5,648.91 | 5,648.91 | 5,648.91 |
| Regional Logistics Group | 2690-000 | NA | 21,777.00 | 21,777.00 | 21,777.00 |
| Regional Logistics Group LLC | 2690-000 | NA | 8,967.00 | 8,967.00 | 8,967.00 |
| Time Warner Cable | 2690-000 | NA | 511.74 | 511.74 | 511.74 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Town of Tonawanda | 2690-000 | NA | 537.64 | 537.64 | 537.64 |
| JEMF Buffalo Industrial LLC | 2820-000 | NA | 208,399.58 | 208,399.58 | 208,399.58 |
| NYS filing fee | 2820-000 | NA | 175.00 | 175.00 | 175.00 |
| Office Of The United States Trustee | 2950-000 | NA | 648.61 | 648.61 | 648.61 |
| Baumeister Denz Llp | 2990-000 | NA | 30,098.14 | 30,098.14 | 30,098.14 |
| DWC Mechanical Inc. | 2990-000 | NA | 1,556.33 | 1,556.33 | 1,556.33 |
| National Fuel | 2990-000 | NA | 2,259.36 | 2,259.36 | 2,259.36 |
| National Grid | 2990-000 | NA | 1,403.73 | 1,403.73 | 1,403.73 |
| REGIONAL LOGISTICS GROUP LLC | 2990-000 | NA | 2,562.00 | 2,562.00 | 2,562.00 |
| Time Warner Cable | 2990-000 | NA | 169.98 | 169.98 | 169.98 |
| ZDARSKY SAWICKI & AGOSTINELLI LLP | 3110-000 | NA | 14,076.00 | 14,076.00 | 14,076.00 |
| ZDARSKY SAWICKI & AGOSTINELLI LLP | 3120-000 | NA | 478.04 | 478.04 | 478.04 |
| Wittlin Dry & Dry LLP | 3410-000 | NA | 650.00 | 650.00 | 650.00 |
| Pyramid Brokerage Company of Buffalo, Inc. | 3510-000 | NA | 97,500.00 | 97,500.00 | 97,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $735,103.13 | $735,103.13 | $735,103.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other State or Local Taxes: New York State Department Of Taxation & Finance | 6820-000 | NA | 400.00 | 0.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $400.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department Of Treasury | 5800-000 | NA | 8.72 | 8.72 | 8.72 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $NA | $8.72 | $8.72 | $8.72 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ATSBNY | | 861,372.00 | NA | NA | 0.00 |
| | Five Star Bank | | 1,385,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Five Star Bank c/o Matthew B. Morey, Esq. | | 0.00 | NA | NA | 0.00 |
| 2 | David Gold | 7100-000 | NA | 51,043.01 | 51,043.01 | 1,677.01 |
| 3 | Five Star Bank | 7100-000 | NA | 1,364,853.33 | 1,364,853.33 | 44,842.07 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $2,246,372.00 | $1,415,896.34 | $1,415,896.34 | $46,519.08 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-11503 | MJK | Judge: | Michael J. Kaplan | Trustee Name: | Mark J. Schlant, Ch 7 Trustee |
|---|---|---|---|---|---|---|

Case Name: 1110 MILITARY ROAD LLC

Date Filed (f) or Converted (c): 09/12/2018 (c)

341(a) Meeting Date: 10/09/2018

For Period Ending: 02/12/2021

Claims Bar Date: 09/26/2019

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1110 Military Road, Tonawanda, NY | 2,700,000.00 | 825,000.00 | | 1,825,000.00 | FA |
| 2. Checking Aaccount | 200.00 | 0.00 | OA | 0.00 | FA |
| 3. Maintenance equipment | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Rent | 0.00 | 0.00 | | 181,558.31 | FA |
| 5. DIP Account | 0.00 | 30,410.04 | | 30,410.04 | FA |
| 6. National Grid credit balance (u) | 0.00 | 525.72 | | 525.72 | FA |
| 7. National Fuel credit balance (u) | 0.00 | 8,460.86 | | 8,460.86 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $2,710,200.00 $864,396.62 $2,045,954.93 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Real estate has been sold. AWaiting bar date.

RE PROP # 2 -- This was moved into DIP account after Chapter 11 filing.

RE PROP # 3 -- It was determined that this is not owned by debtor.

Initial Projected Date of Final Report (TFR): 12/31/2019    Current Projected Date of Final Report (TFR): 12/31/2019

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-11503

Case Name: 1110 MILITARY ROAD LLC

Trustee Name: Mark J. Schlant, Ch 7 Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX5150

Checking Account

Exhibit 9

Taxpayer ID No: XX-XXX0843

For Period Ending: 02/12/2021

Blanket Bond (per case limit): $9,007,947.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/18 | 4 | REGIONAL LOGISTICS GROUP LLC 120 Dart StreetBuffalo, NY 14213 | October 2018 rent | 1122-000 | $7,650.00 | | $7,650.00 |
| 12/07/18 | 4 | REGIONAL LOGISTICS GROUP LLC 120 Dart StreetBuffalo, NY 14213 | November 2018 rent. | 1122-000 | $7,650.00 | | $15,300.00 |
| 12/07/18 | 4 | PRODUCTIVE TRANSPORTATION INC. 530 Grand Island BoulevardTonawanda, NY 14150 | Rent | 1122-000 | $16,508.33 | | $31,808.33 |
| 12/07/18 | 4 | L&M MANUFACTURING LLC 187 Parkwood AvenueKenmore, NY 14217 | December 2018 rent. | 1122-000 | $600.00 | | $32,408.33 |
| 12/07/18 | 4 | L&M MANUFACTURING LLC 187 Parkwood AvenueKenmore, NY 14217 | November 2018 rent | 1122-000 | $600.00 | | $33,008.33 |
| 12/12/18 | 10001 | REGIONAL LOGISTICS GROUP 120 Dart StreetBuffalo, NY 14213 | MANAGEMENT FEE For Scholl Saylor's pay - 12/14/18 | 2420-000 | | $1,281.00 | $31,727.33 |
| 12/14/18 | 10002 | SUPERIOR PAYMENT PLAN, LLC 6450 Transit RoadDepew, NY 14043 | INSURANCE Payment re insurance premium financing - Account No. 1103-241463. | 2420-000 | | $2,151.41 | $29,575.92 |
| 12/14/18 | 10003 | SONITROL SECURITY SYSTEMS 195 Elm StreetBuffalo, NY 14203 | SECURITY INSTALLATION & SERVICE Security Service - account no. 1-0003689; invoice no. 196206 | 2420-000 | | $515.35 | $29,060.57 |
| 12/14/18 | 10004 | NATIONAL GRID PO Box 11742Newark, NJ 07101-4742 | Utilities Account No. 52549-44132 | 2420-000 | | $2,587.31 | $26,473.26 |
| 12/14/18 | 10005 | TOWN OF TONAWANDA Municipal Building2919 Delaware AvenueRoom 16Kenmore, NY 14217 | Utilities Water bill - account no. 12459510 | 2420-000 | | $218.30 | $26,254.96 |
| 12/14/18 | 10006 | TIME WARNER CABLE PO Box 70872Charlotte, NC 28272-0872 | Utilities Invoice No. 870185901120118; Account No. 202-870185901-001 | 2420-000 | | $169.98 | $26,084.98 |
| 12/14/18 | 10007 | GOLD, DAVID c/o Thomas Schofield, Esq.Magavern Magavern & Grimm LLP1100 Rand Building14 Lafayette SquareBuffalo, NY 14203 | Secured creditor payment Cash Collateral Payment - December 2018 | 4110-000 | | $7,500.00 | $18,584.98 |
| 12/17/18 | 5 | 1110 MILITARY RD LLC 1110 Military RoadBuffalo, NY 14217 | DIP account balance | 1129-000 | $30,410.04 | | $48,995.02 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11503
Case Name: 1110 MILITARY ROAD LLC

Trustee Name: Mark J. Schlant, Ch 7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX5150
Checking Account

Exhibit 9

Taxpayer ID No: XX-XXX0843
For Period Ending: 02/12/2021

Blanket Bond (per case limit): $9,007,947.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/18 | 4 | REGIONAL LOGISTICS GROUP LLC 120 Dart StreetBuffalo, NY 14213 | December 2018 rent | 1122-000 | $7,650.00 | | $56,645.02 |
| 12/20/18 | 10008 | REGIONAL LOGISTICS GROUP LLC 120 Dart StreetBuffalo, NY 14213 | MANAGEMENT FEE For Scholl Saylor's salary - week ended 12/22/18. | 2690-000 | | $1,281.00 | $55,364.02 |
| 12/20/18 | 10009 | FUEL, NATIONAL 6363 Main StreetWilliamsville, NY 14221 | Utilities Acct # 7317211 01 | 2690-000 | | $2,433.90 | $52,930.12 |
| 12/26/18 | 10010 | REGIONAL LOGISTICS GROUP LLC 120 Dart StreetBuffalo, NY 14213 | MANAGEMENT FEE For Scholl Saylor, week ending 12/29/18 | 2690-000 | | $1,281.00 | $51,649.12 |
| 01/04/19 | 4 | PRODUCTIVE TRANSPORTATION INC. 530 Grand Island BoulevardTonawanda, NY 14150 | January 2019 rent | 1122-000 | $16,508.33 | | $68,157.45 |
| 01/04/19 | 10011 | REGIONAL LOGISTICS GROUP LLC 120 Dart StreetBuffalo, NY 14213 | MANAGEMENT FEE For Scholl Saylor, for week ending 1/5/19 | 2690-000 | | $1,281.00 | $66,876.45 |
| 01/09/19 | 1 | FOSTER, MICHAEL S. for JEMF Buffalo Industrial LLC2015 East 14 StreetBrooklyn, NY 11229 | Deposit regarding contract of sale | 1110-000 | $50,000.00 | | $116,876.45 |
| 01/09/19 | 10012 | GOLD, DAVID c/o Thomas Schofield, Esq.Magavern Magavern & Grimm LLP1100 Rand Buliding14 Lafayette SquareBuffalo, NY 14203 | Secured creditor payment Cash Collateral Payment January 2019 | 4110-000 | | $7,500.00 | $109,376.45 |
| 01/09/19 | 10013 | REGIONAL LOGISTICS GROUP LLC 120 Dart StreetBuffalo, NY 14213 | MANAGEMENT FEE Scholl Saylor Compensation - week ending 1/12/19 | 2690-000 | | $1,281.00 | $108,095.45 |
| 01/10/19 | 10014 | CABLE, TIME WARNER PO Box 70872Charlotte, NC 28272-0872 | Utilities Account Holder: ATSBNY LLC Invoice # 870185901010119 Account # 202-870185901-001 | 2690-000 | | $169.98 | $107,925.47 |
| 01/10/19 | 10015 | GRID, NATIONAL PO Box 11742Newark, NJ 07101-4742 | Utilities Account No. 52549-44132 | 2690-000 | | $55.71 | $107,869.76 |
| 01/16/19 | 4 | REGIONAL LOGISTICS GROUP LLC 120 Dart StreetBuffalo, NY 14213 | January 2019 rent | 1122-000 | $7,650.00 | | $115,519.76 |
| 01/16/19 | 4 | L&M MANUFACTURING LLC 187 Parkwood AvenueKenmore, NY 14217 | January 2019 rent | 1122-000 | $600.00 | | $116,119.76 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11503

Case Name: 1110 MILITARY ROAD LLC

Taxpayer ID No: XX-XXX0843

For Period Ending: 02/12/2021

Trustee Name: Mark J. Schlant, Ch 7 Trustee

Bank Name: Union Bank

Account Number/CD#: XXXXXX5150

Checking Account

Blanket Bond (per case limit): $9,007,947.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/17/19 | 10016 | REGIONAL LOGISTICS GROUP LLC 120 Dart StreetBuffalo, NY 14213 | MANAGEMENT FEE Payment for Scholl Saylor for week ending 1/19/19 | 2690-000 | | $1,281.00 | $114,838.76 |
| 01/24/19 | 10017 | FUEL, NATIONAL 6363 Main StreetWilliamsville, NY 14221 | Utilities Account No. 7317211 01 | 2690-000 | | $2,629.06 | $112,209.70 |
| 01/24/19 | 10018 | SUPERIOR PAYMENT PLAN LLC 6450 Transit RoadDepew, NY 14043 | insurance premium Account No. 1103-241463 | 2420-000 | | $2,258.98 | $109,950.72 |
| 01/25/19 | 10019 | REGIONAL LOGISTICS GROUP LLC 120 Dart StreetBuffalo, NY 14213 | MANAGEMENT FEE Payment for Scholl Saylor, weeks ended 1/26/19 and 2/2/19 | 2990-000 | | $2,562.00 | $107,388.72 |
| 01/28/19 | 10020 | DEVORE, RAY Professional Roofing Service532 Payne AvenueNorth Tonawanda, NY 14120 | Repairs to Real Estate Roof Repair - invoice # 5234932 | 2420-000 | | $1,200.00 | $106,188.72 |
| 01/30/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | $106,188.72 | $0.00 |

|  | COLUMN TOTALS | $145,826.70 | $145,826.70 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $106,188.72 |
| | Subtotal | $145,826.70 | $39,637.98 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $145,826.70 | $39,637.98 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-11503

Case Name: 1110 MILITARY ROAD LLC

Taxpayer ID No: XX-XXX0843

For Period Ending: 02/12/2021

Trustee Name: Mark J. Schlant, Ch 7 Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0314

      Checking Account

Blanket Bond (per case limit): $9,007,947.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/30/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | $106,188.72 | | $106,188.72 |
| 02/05/19 | 4 | Productive Transportation Inc. 530 Grand Island Blvd Tonawanda, NY 14150 | February 2019 rent | 1122-000 | $16,508.33 | | $122,697.05 |
| 02/05/19 | 4 | L&M Manufacturing LLC 1874 Parkwood Avenue Kenmore, NY 14217 | February 2019 rent | 1122-000 | $600.00 | | $123,297.05 |
| 02/06/19 | 2001 | Regional Logistics Group 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor Scholl Saylor payment - week ending 2/9/19 | 2420-000 | | $1,281.00 | $122,016.05 |
| 02/07/19 | 2002 | National Grid PO Box 11742 Newark, NJ 07101-4742 | Account # 52549-44132 | 2990-000 | | $1,403.73 | $120,612.32 |
| 02/07/19 | 2003 | Time Warner Cable PO Box 70872 Charlotte, NC 28272-0872 | Internet Invoice # 870185901020119 Account # 202-870185901-001 | 2990-000 | | $169.98 | $120,442.34 |
| 02/07/19 | 2004 | Superior Payment Plan, LLC 6450 Transit Road Depew, NY 14043 | Premium installment Account # 1103-241463 | 2420-000 | | $2,151.41 | $118,290.93 |
| 02/07/19 | 2005 | David Gold c/o Thomas Schofield, Esq. Magavern Magavern & Grimm 1100 Rand Building 14 Lafayette Square Buffalo, NY 14203 | February 2019 adequate protection | 4110-000 | | $7,500.00 | $110,790.93 |
| 02/15/19 | 2006 | Regional Logistics Group 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $109,509.93 |
| 02/21/19 | 4 | Regional Logistics Group LLC 120 Dart Street Buffalo, NY 14213 | February 2019 rent | 1122-000 | $7,650.00 | | $117,159.93 |
| 02/28/19 | 2007 | Regional Logistics Group 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor Week ending 3/2/19 | 2690-000 | | $1,281.00 | $115,878.93 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals: $15,068.12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11503

Case Name: 1110 MILITARY ROAD LLC

Taxpayer ID No: XX-XXX0843

For Period Ending: 02/12/2021

Trustee Name: Mark J. Schlant, Ch 7 Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0314

Checking Account

Blanket Bond (per case limit): $9,007,947.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/19 | 2008 | National Grid<br>PO Box 11742<br>Newark, NJ 07101-4742 | Utility - acct # 52549-44132 | 2690-000 | | $1,531.86 | $114,347.07 |
| 02/28/19 | 2009 | National Fuel<br>PO Box 371835<br>Pittsburgh, PA 15250-7835 | Utility - acct # 7317211 01 | 2690-000 | | $2,544.73 | $111,802.34 |
| 03/06/19 | 2010 | Superior Payment Plan LLC<br>6450 Transit Road<br>Depew, NY 14043 | Premium installment | 2420-000 | | $2,151.41 | $109,650.93 |
| 03/06/19 | 2011 | Regional Logistics Group<br>120 Dart Street<br>Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $108,369.93 |
| 03/06/19 | 2012 | David Gold<br>c/o Thomas Schofield, Esq.<br>Magavern Magavern & Grimm LLP<br>1100 Rand Building<br>14 Lafayette Square<br>Buffalo, NY 14203 | Adequate Protection - March 2019 | 4110-000 | | $7,500.00 | $100,869.93 |
| 03/08/19 | 4 | L&M Manufacturing LLC<br>187 Parkwood Avenue<br>Kenmore, NY 14217 | March 2019 rent | 1122-000 | $600.00 | | $101,469.93 |
| 03/08/19 | 4 | Productive Transportation Inc.<br>530 Grand Island Blvd<br>Tonawanda, NY 14150 | March 2019 rent | 1122-000 | $16,508.33 | | $117,978.26 |
| 03/14/19 | 2013 | DWC Mechanical Inc.<br>100 John Glenn Drive<br>Amherst, NY 14228 | Repairs to Real Estate - Inv # 89064 | 2990-000 | | $1,556.33 | $116,421.93 |
| 03/14/19 | 2014 | Regional Logistics Group<br>120 Dart Street<br>Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $115,140.93 |
| 03/20/19 | 4 | Regional Logistics Group LLC<br>120 Dart Street<br>Buffalo, NY 14213 | March 2019 rent | 1122-000 | $7,650.00 | | $122,790.93 |
| 03/20/19 | 2015 | Regional Logistics Group LLC<br>120 Dart Street<br>Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $121,509.93 |

Case 1-15-11503-MJK, Doc 298 Filed 03/03/21, Entered 03/21 10:15:47,
Description: Main Document , Page 14 of 22
Page 3 subtotals: $19,127.33

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11503

Case Name: 1110 MILITARY ROAD LLC

Taxpayer ID No: XX-XXX0843

For Period Ending: 02/12/2021

Trustee Name: Mark J. Schlant, Ch 7 Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0314

Checking Account

Blanket Bond (per case limit): $9,007,947.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/19 | 2016 | Nussbaumer & Clarke, Inc. 3556 Lakeshore Road Suite 500 Buffalo, NY 14219 | Surveyor's fee - Inv # 92381 | 2500-000 | | $1,500.00 | $120,009.93 |
| 03/25/19 | 2017 | Nussbaumer & Clarke, Inc. 3556 Lake Shore Road Suite 500 Buffalo, NY 14219 | Fee for survey certifications - 08J2-0214B | 2500-000 | | $300.00 | $119,709.93 |
| 03/25/19 | 2018 | National Fuel PO Box 371835 Pittsburgh PA 15250-7835 | Utility - acct # 7317211 01 | 2990-000 | | $2,259.36 | $117,450.57 |
| 03/26/19 | 2019 | National Grid PO Box 11742 Newark, NJ 07101-4742 | Utility - acct # 52549-44132 | 2690-000 | | $1,450.89 | $115,999.68 |
| 03/29/19 | 2020 | Regional Logistics Group 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $114,718.68 |
| 03/29/19 | 2021 | Buffalo Iron & Step Inc. 1601 Harlem Road Buffalo, NY 14206 | Repairs to Real Estate 50% of contract dated 3/26/19 | 2420-000 | | $3,000.00 | $111,718.68 |
| 04/03/19 | 2022 | Town of Tonawanda Municipal Building 2919 Delaware Avenue Room 16 Kenmore, NY 14217 | Water - account no. 20702400-003 | 2690-000 | | $218.30 | $111,500.38 |
| 04/04/19 | 2023 | David Gold c/o Thomas Schofield, Esq. Magavern Magavern & Grimm LLP 1100 Rand Building 14 Lafayette Square Buffalo, New York 14203 | Adequate Protection - April 2019 | 4110-000 | | $7,500.00 | $104,000.38 |
| 04/04/19 | 2024 | Superior Payment Plan LLC 6450 Transit Road Depew, NY 14043 | Account # 1103-241463 | 2420-000 | | $2,151.41 | $101,848.97 |
| 04/05/19 | 4 | L&M Manufacturing LLC 187 Parkwood Avenue Kenmore, NY 14217 | April rent | 1122-000 | $600.00 | | $102,448.97 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals

$19,660.96

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11503

Case Name: 1110 MILITARY ROAD LLC

Taxpayer ID No: XX-XXX0843

For Period Ending: 02/12/2021

Trustee Name: Mark J. Schlant, Ch 7 Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0314

Checking Account

Blanket Bond (per case limit): $9,007,947.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/19 | 4 | Productive Transportation Inc. 530 Grand Island Boulevard Tonawanda, NY 14150 | April rent | 1122-000 | $16,508.33 | | $118,957.30 |
| 04/05/19 | 2025 | Regional Logistics Group 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $117,676.30 |
| 04/08/19 | 2026 | Time Warner Cable PO Box 70872 Charlotte, NC 28272-0872 | Account # 202-870185901-001 Invoice # 870185901040119 | 2690-000 | | $339.96 | $117,336.34 |
| 04/11/19 | 2027 | Regional Logistics Group 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $116,055.34 |
| 04/18/19 | 2028 | Regional Logistics Group 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $114,774.34 |
| 04/24/19 | 4 | Regional Logistics Group LLC 120 Dart Street Buffalo, NY 14213 | April 2018 Rent | 1122-000 | $7,650.00 | | $122,424.34 |
| 04/26/19 | 2029 | Regional Logistics Group 120 Dart Street Buffalo, New York 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $121,143.34 |
| 04/26/19 | 2030 | National Fuel Gas PO Box 371835 Pittsburgh, PA 15250-7835 | Utility - acct # 7317211 01 | 2690-000 | | $1,553.85 | $119,589.49 |
| 04/26/19 | 2031 | Bison Iron & Step, Inc. 1601 Harlem Road Buffalo, NY 14206 | Repairs to Real Estate | 2420-000 | | $3,000.00 | $116,589.49 |
| 05/01/19 | 4 | Productive Transportation Inc. 530 Grand Island Blvd Tonawanda, NY 14150 | May 2018 Rent | 1122-000 | $16,508.33 | | $133,097.82 |
| 05/01/19 | 2032 | Regional Logistics Group 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $131,816.82 |
| 05/01/19 | 2033 | National Grid PO Box 11742 Newark, NJ 07101-4742 | Account # 52549-44132 | 2690-000 | | $1,329.69 | $130,487.13 |

Case 1-15-11503-MJK     Doc 298     Filed 03/03/21     Entered 03/03/21 10:16:47,
Description: Main Document , Page 16 of 22

Page subtotals     $12,628.50

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-11503

Case Name: 1110 MILITARY ROAD LLC

Taxpayer ID No: XX-XXX0843

For Period Ending: 02/12/2021

Trustee Name: Mark J. Schlant, Ch 7 Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0314

Checking Account

Blanket Bond (per case limit): $9,007,947.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/19 | 4 | L&M Manufacturing LLC<br>187 Parkwood Ave<br>Kenmore, NY 14217 | May 2018 Rent | 1122-000 | $600.00 | | $131,087.13 |
| 05/07/19 | 2034 | Sonitrol Security Systems<br>195 Elm Street<br>Buffalo, NY 14203 | Security Service Cust # 1-0003689<br>Invoice # 198543 | 2420-000 | | $515.35 | $130,571.78 |
| 05/09/19 | 2035 | Superior Payment Plan LLC<br>6450 Transit Road<br>Depew, NY 14043 | Account # 1103-241463<br>May 2019 payment (#9) | 2420-000 | | $2,151.41 | $128,420.37 |
| 05/09/19 | 2036 | David Gold<br>c/o Thomas Schofield, Esq.<br>Magavern Magavern & Grimm<br>1100 Rand Building<br>14 Lafayette Square<br>Buffalo, NY 14203 | Adequate Protection - May 2019 | 4110-000 | | $7,500.00 | $120,920.37 |
| 05/09/19 | 2037 | Regional Logistics Group<br>120 Dart Street<br>Buffalo, NY 14203 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $119,639.37 |
| 05/16/19 | 2038 | Regional Logistics Group<br>120 Dart Street<br>Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $118,358.37 |
| 05/20/19 | 2039 | Time Warner Cable<br>PO Box 70872<br>Charlotte, NC 28272-0872 | Account # 202-870185901-001<br>Invoice No.<br>8701859010511119 | 2690-000 | | $171.78 | $118,186.59 |
| 05/23/19 | 4 | Regional Logistics Group LLC<br>120 Dart Street<br>Buffalo, NY 14213 | May 2018 Rent | 1122-000 | $7,650.00 | | $125,836.59 |
| 05/30/19 | 2040 | Advanced Fire and Electronic Systems NY<br>1450 Olean Road<br>South Wales, NY 14139 | Invoice # 3859 | 2420-000 | | $206.63 | $125,629.96 |
| 05/30/19 | 2041 | National Fuel<br>PO Box 371835<br>Pittsburgh PA 15250-7835 | Utility - acct # 7317211 01 | 2690-000 | | $1,057.86 | $124,572.10 |
| 05/30/19 | 2042 | National Grid<br>PO Box 11742<br>Newark NJ 07101-4742 | Utility - acct # 52549-44132 | 2690-000 | | $1,336.47 | $123,235.63 |

Page subtotals $15,501.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11503

Case Name: 1110 MILITARY ROAD LLC

Trustee Name: Mark J. Schlant, Ch 7 Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0314

Checking Account

Taxpayer ID No: XX-XXX0843

For Period Ending: 02/12/2021

Blanket Bond (per case limit): $9,007,947.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/30/19 | 2043 | Regional Logistics Group 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $3,843.00 | $119,392.63 |
| 06/06/19 | 4 | L&M Manufacturing LLC 187 Parkwood Avenue Kenmore, NY 14217 | June 2019 Rent | 1122-000 | $600.00 | | $119,992.63 |
| 06/06/19 | 4 | Productive Transportation Inc. 530 Grand Island Blvd Tonawanda, NY 14150 | June 2019 Rent | 1122-000 | $16,508.33 | | $136,500.96 |
| 06/06/19 | 2044 | Ray DeVore 532 Payne Avenue North Tonawanda, NY 14120 | Roof Repair - Invoice #5234932 1110 Military Road, Tonawanda, NY | 2420-000 | | $25,267.00 | $111,233.96 |
| 06/10/19 | 2045 | Regional Logistics Group 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $109,952.96 |
| 06/10/19 | 2046 | Town of Tonawanda Water Billing Municipal Building 2919 Delaware Avenue Suite 16 Kenmore, NY 14217-2395 | Water - account no. 20702400-003 | 2690-000 | | $293.84 | $109,659.12 |
| 06/10/19 | 2047 | Superior Payment Plan LLC 6450 Transit Road Depew, NY 14043 | Account # 1103-241463 | 2420-000 | | $2,151.41 | $107,507.71 |
| 06/13/19 | 2048 | Regional Logistics Group 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $106,226.71 |
| 06/19/19 | | JEMF Buffalo Industrial LLC 2015 East 14th Street Brooklyn, NY 11229 | Net proceeds of real estate sale (1110 Military Road) | | $118,743.06 | | $224,969.77 |
| | | | Gross Receipts $1,775,000.00 | | | | |
| | | | Credit for repairs to property ($200,000.00) | 2420-000 | | | |
| | | | Net property tax credit ($208,399.58) | 2820-000 | | | |

Case 1-15-11503-MJK    Doc 298    Filed 03/03/21    Entered 03/03/21 10:13:47
Description: Main Document , Page 18 of 22

$34,117.25

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11503

Case Name: 1110 MILITARY ROAD LLC

Trustee Name: Mark J. Schlant, Ch 7 Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0314

Checking Account

Taxpayer ID No: XX-XXX0843

For Period Ending: 02/12/2021

Blanket Bond (per case limit): $9,007,947.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Net credit for rent ($3,783.36) | 2500-000 | | | |
| | | | Credit for security deposits ($24,750.00) | 2500-000 | | | |
| | | | Mortgage payoff ($1,219,324.00) | 4110-000 | | | |
| | 1 | | 1110 Military Road, $1,775,000.00 Tonawanda, NY | 1110-000 | | | |
| 06/27/19 | 2049 | Pyramid Brokerage Company of Buffalo, Inc. 14 Lafayette Square Suite 1900 Buffalo, NY 14203 | Commission - 1110 Military Road, Tonawanda, NY | 3510-000 | | $97,500.00 | $127,469.77 |
| 07/08/19 | 2050 | Town of Tonawanda Water Billing Municipal Building 2919 Delaware Avenue Room 16 Kenmore, New York 14217-2395 | Account No. 20702400-003 Payment of Final Bill for 5/30/19 - 6/26/19 | 2690-000 | | $25.50 | $127,444.27 |
| 07/15/19 | 6 | National Grid 300 Erie Blvd West Syracuse, NY 13202 | Utility credit balance refund | 1229-000 | $525.72 | | $127,969.99 |
| 08/08/19 | 7 | National Fuel Gas Distribution Corporation 6363 Main Street Buffalo, NY 14221 | Refund of overpayment on utility account. | 1221-000 | $8,460.86 | | $136,430.85 |
| 10/22/19 | 2051 | Regional Logistics Group LLC 120 Dart Street Buffalo, NY 14213 | Management expense - Scholl Saylor | 2690-000 | | $1,281.00 | $135,149.85 |
| 10/30/19 | 2052 | Ltd. International Sureties Suite 420 701 Poydras Street New Orleans, LA 70139 | Bond # 016029057 | 2300-000 | | $182.26 | $134,967.59 |
| 03/13/20 | 2053 | NYS filing fee State Processing Center PO Box 4148 Binghamton, NY 13902-4148 | 2019 Filing Fee EIN: 46-5240843 | 2820-000 | | $175.00 | $134,792.59 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11503

Case Name: 1110 MILITARY ROAD LLC

Trustee Name: Mark J. Schlant, Ch 7 Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0314

Checking Account

Taxpayer ID No: XX-XXX0843

For Period Ending: 02/12/2021

Blanket Bond (per case limit): $9,007,947.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/20 | 2054 | Wittlin Dry & Dry LLP<br>17 Beresford Court<br>Williamsville, NY 14221 | Fee for accounting services | 3410-000 | | $650.00 | $134,142.59 |
| 08/24/20 | 2055 | CH. 7 TRUSTEE MARK J. SCHLANT<br>1600 MAIN PLACE TOWER<br>BUFFALO, NY  14202 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $42,314.00 | $91,828.59 |
| 08/24/20 | 2056 | Office Of The United States Trustee<br>U.S. Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228 | Final distribution to claim 5 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $648.61 | $91,179.98 |
| 08/24/20 | 2057 | Baumeister Denz Llp<br><B>(Administrative)</B><br>174 Franklin Street, Suite 2<br>Buffalo, New York 14202 | Final distribution to claim 7 creditor account # representing a payment of 100.00 % per court order. | 2990-000 | | $30,098.14 | $61,081.84 |
| 08/24/20 | 2058 | ZDARSKY SAWICKI & AGOSTINELLI LLP<br>1600 Main Place Tower<br>350 Main Street<br>Buffalo, NY 14202 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $14,076.00 | $47,005.84 |
| 08/24/20 | 2059 | ZDARSKY SAWICKI & AGOSTINELLI LLP<br>1600 Main Place Tower<br>350 Main Street<br>Buffalo, NY 14202 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3120-000 | | $478.04 | $46,527.80 |
| 08/24/20 | 2060 | New York State Department Of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Final distribution to claim 4 creditor account # representing a payment of 100.00 % per court order. | 6820-000 | | $400.00 | $46,127.80 |
| 08/24/20 | 2061 | Department Of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 1 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $8.72 | $46,119.08 |
| 08/24/20 | 2062 | David Gold<br>Thomas E. Schofield, Esq.<br>Magavern Magavern Grimm Llp<br>1100 Rand Building, 14 Lafayette Sq.<br>Buffalo, Ny 14203 | Final distribution to claim 2 creditor account # representing a payment of 3.26 % per court order. | 7100-000 | | $1,662.59 | $44,456.49 |

Case 1-15-11503-MJK    Doc 298    Filed 03/03/21    Entered 03/03/21 10:11:47,    $90,336.10

Page 298, Subtotals:    $90,336.10

Description: Main Document  , Page 20 of 22

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-11503

Case Name: 1110 MILITARY ROAD LLC

Taxpayer ID No: XX-XXX0843

For Period Ending: 02/12/2021

Trustee Name: Mark J. Schlant, Ch 7 Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0314

Checking Account

Blanket Bond (per case limit): $9,007,947.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/20 | 2063 | Five Star Bank C/O Robert R. Radel, Esq. 174 Franklin Street Buffalo, Ny 14202 | Final distribution to claim 3 creditor account # representing a payment of 3.26 % per court order. | 7100-000 | | $44,456.49 | $0.00 |
| 09/10/20 | 2057 | Baumeister Denz Llp <B>(Administrative)</B> 174 Franklin Street, Suite 2 Buffalo, New York 14202 | Final distribution to claim 7 creditor account # representing a payment of 100.00 % per court order. Reversal | 2990-000 | | ($30,098.14) | $30,098.14 |
| 09/11/20 | 2060 | New York State Department Of Taxation & Finance Bankruptcy Section P O Box 5300 Albany New York 12205-0300 | Final distribution to claim 4 creditor account # representing a payment of 100.00 % per court order. Reversal | 6820-000 | | ($400.00) | $30,498.14 |
| 09/17/20 | 2064 | Baumeister Denz Llp 174 Franklin Street, Suite 2 Buffalo, New York 14202 | Administrative expense distribution | 2990-000 | | $30,098.14 | $400.00 |
| 11/06/20 | 2065 | David Gold Thomas E. Schofield, Esq. Magavern Magavern Grimm Llp 1100 Rand Building, 14 Lafayette Sq. Buffalo, Ny 14203 | Final distribution to claim 2 creditor account # representing a payment of 0.03 % per court order. | 7100-000 | | $14.42 | $385.58 |
| 11/06/20 | 2066 | Five Star Bank C/O Robert R. Radel, Esq. 174 Franklin Street Buffalo, Ny 14202 | Final distribution to claim 3 creditor account # representing a payment of 0.03 % per court order. | 7100-000 | | $385.58 | $0.00 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $350,060.01 | $350,060.01 |
| Less: Bank Transfers/CD's | $106,188.72 | $0.00 |
| Subtotal | $243,871.29 | $350,060.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $243,871.29 | $350,060.01 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0314 - Checking Account | $243,871.29 | $350,060.01 | $0.00 |
| XXXXXX5150 - Checking Account | $145,826.70 | $39,637.98 | $0.00 |
|  | $389,697.99 | $389,697.99 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,656,256.94 |
| Total Net Deposits: | $389,697.99 |
| Total Gross Receipts: | $2,045,954.93 |